07/14/94     14:43     ATTORNEY GEN/OPINIONS 5124632110     002

Attorney General Opinion O-749

was not issued